# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DARNELL WILLIAMS** : | |
| AIS # 197188 : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | CIVIL ACTION NO. 10-00015-CG-B |
| : | |
| **RICHARD ALLEN,** : | |
| : | |
| Respondent. | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner's petition for habeas corpus relief is hereby **DENIED.**

The court further finds that Petitioner is not entitled to a certificate of appealability.

**DONE and ORDERED** this 30th day of December, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE